## STATE OF CONNECTICUT *v.* CLIFFORD HOLLY

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 227 (AC 27145), is denied.

*Conrad Ost Seifert,* special public defender, in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided April 30, 2008

## STATE OF CONNECTICUT *v.* MICHAEL O. HAZEL

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 213 (AC 27732), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Stephanie L. Evans,* special public defender, in support of the petition.

*Melissa Patterson,* deputy assistant state's attorney, in opposition.

Decided April 30, 2008

## STATE OF CONNECTICUT *v.* ANGEL GONZALEZ

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 238 (AC 27820), is denied.

*Christopher M. Neary,* special public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided April 30, 2008